MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
*jnadolenco@mayerbrown.com*
DANIEL D. QUEEN (SBN 292275)
*dqueen@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendant
SOUTHWEST AIRLINES CO.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and SEAN DUFFY, in his official capacity as United States Secretary of Transportation,<br><br>*Plaintiff*,<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>*Defendant*. | Case No. 3:25-cv-00515-SI<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT SOUTHWEST AIRLINES CO. TO RESPOND TO COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), Defendant Southwest Airlines Co. ("Defendant") and Plaintiffs United States of America and Sean Duffy, in his official capacity as United States Secretary of Transportation ("Plaintiffs" and, together with Defendant, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the complaint in this action (the "Complaint") was filed on January 15, 2025;

WHEREAS, Defendant's response to the Complaint is currently due on March 31, 2025;

WHEREAS, the Parties are engaged in discussions about a potential resolution of this action;

WHEREAS, to facilitate such discussions, the Parties have agreed to an extension of Defendant's time to answer or otherwise respond to the Complaint in this action by sixty (60)

1  days, *i.e.*, until May 30, 2025;

2  NOW, THEREFORE, THE PARTIES JOINTLY STIPULATE AS FOLLOWS:

3  The deadline for Defendant to answer or otherwise respond to the Complaint shall be May 30, 2025.

| | |
|---|---|
| Dated:  March 18, 2025 | By: */s/ Michael A. Keough*<br>  Michael A. Keough<br><br>PATRICK D. ROBBINS (CABN 152288)<br>Acting United States Attorney<br>PAMELA T. JOHANN (CABN 145558)<br>Chief, Civil Division<br>MICHAEL A. KEOUGH (NYRN 5199666)<br>Assistant United States Attorney<br><br>1301 Clay Street, Suite 340S<br>Oakland, California 94612-5217<br>Telephone: (510) 637-3721<br>Facsimile: (510) 637-3724<br>michael.keough@usdoj.gov<br><br>Attorneys for Plaintiffs<br>UNITED STATES OF AMERICA and<br>SEAN DUFFY, in his official capacity as<br>United States Secretary of Transportation |
| Dated:  March 18, 2025 | By: */s/ Daniel Queen*<br>  Daniel Queen<br><br>MAYER BROWN LLP<br>JOHN NADOLENCO<br>DANIEL D. QUEEN<br><br>Attorneys for Defendant<br>SOUTHWEST AIRLINES CO. |

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: March 18, 2025                    */s/ Daniel Queen*