1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  MICHAEL A. KEOUGH (NYRN 5199666)
   Assistant United States Attorney
4
5      1301 Clay Street, Suite 340S
       Oakland, California 94612-5217
       Telephone: (510) 637-3721
6      Facsimile:  (510) 637-3724
       michael.keough@usdoj.gov
7
   *Attorneys for Plaintiffs*
8
                     UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11

12

13  UNITED STATES OF AMERICA and
    SEAN DUFFY, in his official capacity as
14  United States Secretary of Transportation,      Case No. 3:25-cv-00515-SI

15              Plaintiffs,

16         v.                                        **NOTICE OF VOLUNTARY DISMISSAL**

17  SOUTHWEST AIRLINES CO.,

18              Defendant.

19

20      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby dismiss the above-

21  captioned action.

22  DATED:  May 16, 2025                    Respectfully submitted,

23                                          PATRICK D. ROBBINS
                                            Acting United States Attorney
24
                                            */s/ Michael A. Keough*
25                                          MICHAEL A. KEOUGH
                                            Assistant United States Attorney
26

27

28